906

No. 77–5776. MULLINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5822. WOODS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5837. ILACQUA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–5838. EAGLIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–5863. TALAMAS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–5864. KEHN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5887. LAING v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–5893. BAILEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5915. DOHERTY v. INTERNAL REVENUE SERVICE ET AL. C. A. 7th Cir. Certiorari denied.

No. 77–5988. JOHNSON v. HATRAK, PRISON SUPERINTEND-ENT. C. A. 3d Cir. Certiorari denied.

No. 77–5997. GARDNER v. SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 77–6000. HALEY v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 77–6006. TYLER v. PEACH ET AL. C. A. 8th Cir. Certiorari denied.